**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 542 MAL 2022

               Respondent             :

                                       :   Petition for Allowance of Appeal

                                       :   from the Order of the Superior Court

               v.                    :

                                       :

RUTH ANNA BAGGETTA,                :

               Petitioner              :


## ORDER


**PER CURIAM**

      **AND NOW**, this 21st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.